### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**LASHAE HOUSTON**                                                          **PLAINTIFF**

**V.**                                                           **CAUSE NO.: 1:25-cv-74-GHD-DAS**

**CITY OF STARKVILLE**                                                     **DEFENDANT**

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** counsel for the Plaintiff, Willie T. Abston, and moves this honorable Court for leave to withdraw as counsel. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. Plaintiff's counsel has been in discussions with Plaintiff regarding her case. Through these discussions, it has become clear that Plaintiff's counsel will withdraw.

2. Plaintiff will be provided a copy of this motion via United States mail addressed to: LaShae Houston, 205 Lynn Lane, Apt 6A, Starkville, MS 39759 and Plaintiff's pro se representative, Edward Wilson, 3200 Capitol Mall Drive, SW, Olympia, WA 98509.

3. Undersigned counsel will provide Plaintiff with a copy of the Court's Order on this Motion via United States mail when it is entered.

4. Plaintiff's counsel respectfully requests that the Court grant Plaintiff sixty (60) days to find new counsel or proceed *pro se*.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Willie T. Abston leave to withdraw as counsel for the Plaintiff in this matter so the Plaintiff can obtain new counsel or represent herself *pro se*.

THIS, the 20th day of June, 2025.

Respectfully submitted,

WILLIE T. ABSTON MSB #9934
Attorney for Plaintiff

OF COUNSEL:

WILLIE T. ABSTON, LLC
P.O. Box 320727
Flowood, MS 39232
Telephone: (601) 487-8839
Facsimile: (601) 487-8667
Email: willie.abston@abstonlaw.com

## CERTIFICATE OF SERVICE

I, Willie T. Abston, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record and the following:

Ms. LaShae Houston
205 Lynn Lane, Apt 6A
Starkville, MS 39759

Edward Wilson
3200 Capitol Mall Drive, SW
Olympia, WA 98509

SO CERTIFIED, this, the 20th day of June, 2025.

Willie T. Abston, Esq.