IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LASHAE HOUSTON AND EDWARD
WILSON                                                                                                    PLAINTIFF

VS.                                                                                            1:25-CV-74-GHD-DAS

CITY OF STARKVILLE,
MISSISSIPPI, ET AL.                                                                              DEFENDANTS

<u>ORDER STAYING CASE</u>

On April 28, 2026, the defendants in this case filed a motion for judgment on the pleadings or, in the alternative, summary judgment asserting immunity defenses. Doc. 81. Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling . . . a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Consequently, all discovery in this case is stayed pending briefing and ruling on the defendants' motion. The court is aware of the recently filed discovery-related motions and will address those motions *after* the defendants' motion for judgment on the pleadings, or in the alternative, summary judgment is decided. The briefing deadlines related to these motions are currently stayed while this order is in place.

SO ORDERED, this the 5th day of May, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE